AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

J.W. and M.W.,

    Plaintiffs,

v.

BlueCross BlueShield of Texas,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:21-cv-21-HCN

IT IS ORDERED AND ADJUDGED

That this action is dismissed with prejudice.

July 22, 2022

*Date*

BY THE COURT:

_____

Howard C. Nielson, Jr.
United States District Judge